103 A.3d 264

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ROBERT J. STEIN, DEFENDANT–PETITIONER.

November 14, 2014.

ORDERED that the petition for certification is granted limited to the issue of whether defendant was improperly denied discoverable information.

103 A.3d 264

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DERRICK DANIELS, DEFENDANT–PETITIONER.

December 5, 2014.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration of the appeal on the present appellate record before a new panel. Jurisdiction is not retained.